IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE FRANK BLOUNT,

    Plaintiff,

vs.                                                       CASE NO. 4:12-cv-116/RS-CAS

STATE OF FLORIDA, et al.,

    Defendants.
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 4). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Clerk is directed to transfer this action to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings.

**ORDERED** on June 4, 2012.

                                                            /S/ Richard Smoak
                                                            **RICHARD SMOAK**
                                                            **UNITED STATES DISTRICT JUDGE**